OSCN Found Document:IN RE OFFICIAL PUBLICATION OF DECISIONS OF THE COURT OF CRIMINAL APPEALS

 
 
 
 OSCN navigation


 
 Home

 
 Courts

 
 Court Dockets

 
 Legal Research

 
 Calendar

 
 Help
 





 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 

 
 
 
 IN RE OFFICIAL PUBLICATION OF DECISIONS OF THE COURT OF CRIMINAL APPEALS
2014 OK CR 11
Case Number: CCAD-2014-1
Decided: 08/28/2014
IN RE OFFICIAL PUBLICATION OF DECISIONS OF THE OKLAHOMA COURT OF CRIMINAL APPEALS
Cite as: 2014 OK CR 11, __ __

2014 OK CR 11
___ P.3d ___
IN RE OFFICIAL PUBLICATION OF 
DECISIONS OF THE OKLAHOMA COURT OF CRIMINAL APPEALS
Case No. 
CCAD-2014-1
August 28, 2014
THE COURT OF CRIMINAL APPEALS OF THE STATE OF 
OKLAHOMA
ORDER CORRECTING PORTION OF THE
RULES OF THE COURT OF 
CRIMINAL APPEALS
¶1 The recent, September 1, 2014, revision of this Court's Rule 3.5 
misidentified the web site for the official publication of this Court's 
Opinions. Paragraph (C)(2)(d) should read as follows:
(d) Opinions of the Oklahoma Court of Criminal Appeals issued for publication 
shall be published on the Oklahoma State Courts Network at www.oscn.net. Such 
opinions may not be cited as authority in a subsequent appellate opinion nor 
used as authority by a trial court until the mandate in the matter has issued. 
After the mandate has issued, the opinion as published on the Web site shall 
constitute the official paragraph citation form of the Oklahoma Court of 
Criminal Appeals. See Rule 1.0 (D) for citation to Rules. 
¶2 This correction shall become effective on the date of this order.
¶3 IT IS SO ORDERED.
¶4 WITNESS MY HAND AND THE SEAL OF THIS COURT this 28th day of August, 
2014. 
/S/DAVID B. LEWIS, Presiding Judge
ATTEST:
/s/Michael S. Richie
Clerk




 Citationizer© Summary of Documents Citing This Document
Cite
 Name
 Level
 None Found.
Citationizer: Table of Authority
Cite
 Name
 Level
 None Found.